# APPLICATION FOR COMMERCIAL CREDIT

I hereby make application for credit from TRACTOR & EQUIPMENT CO., N C MACHINERY CO., MACHINERY POWER & EQUIPMENT CO., N C POWER SYSTEMS CO., OR ANY OF THEIR RELATED OR AFFILIATED COMPANIES, and in support of said application, make the following statements:

Please indicate which company your primary dealings will be with and return this Application to the nearest location listed on the reverse side.
☐ Tractor & Equipment Co.   ☐ N C Machinery Co.   ☐ Machinery Power & Equipment Co.   ☐ N C Power Systems Co.

APPLICANT NAME: Dual Trucking and Transport LLC   Trade name (if Different): _____
BILLING ADDRESS: Box 590   CITY/STATE/ZIP: Houma LA 70360
PHYSICAL ADDRESS: _____   BUSINESS #: _____   FAX #: _____
COUNTY: _____   CELL #: _____   HOME #: _____
E-MAIL ADDRESS: _____   BUSINESS START DATE: _____

Goods and services to be purchased under this open account will not be primarily for personal, family or household purposes.

SOCIAL SECURITY NO: _____   TAXPAYER I.D. NO: _____
NATURE OF BUSINESS: ☐ Construction ☐ Logging ☐ Mining ☐ Agriculture ☐ Trucking ☐ Industrial ☐ Marine ☐ Other
                    ☐ Corporation ☐ Division ☐ Subsidiary ☐ Other
TYPE OF BUSINESS: ☐ Sole Proprietorship ☐ General Partnership ☐ L.L.C.
If Division or Subsidiary, give name of Parent: _____   City/State: _____

(ATTACH ADDITIONAL SHEET IF NECESSARY)

| PRINCIPALS – NAMES OF OFFICERS, PARTNERS, OWNERS | Residence Address | Title | Interest in Business | Social Security No. |
|---|---|---|---|---|
| Full Name | | | | |
| | | | | |
| | | | | |

INSURANCE CO.: _____   Contact: _____   Phone #: _____
BONDING CO.: _____   Contact: _____   Phone #: _____

| BANK/FINANCE CO. REFERENCE: | | BALANCES: $ _____ (CKG) | $ _____ (SVGS) | |
|---|---|---|---|---|
| NAME | CITY/STATE/ZIP | | CONTACT | PHONE NO. |
| | | | | |

TYPE OF ACCOUNT: ☐ BUSINESS ☐ CHECKING ☐ SAVINGS ☐ PERSONAL ☐ LOAN   ACCOUNT NO.: _____

| TRADE REFERENCES: | ADDRESS | CITY/STATE/ZIP | PHONE NO. |
|---|---|---|---|
| NAME | | | |
| | | | |
| | | | |
| | | | |

Has the business or any principal ever declared bankruptcy? ☐ Yes ☐ No  If yes, date filed _____  Any outstanding liens or judgments? _____

CREDIT LIMIT REQUESTED: _____   SALES TAX EXEMPT? ☐ YES ☐ NO   If yes, attach exemption certificate.
(Please see reverse side for billing instructions.)

Applicant and each other person signing below warrants that the information provided herein or in connection with this application is true and correct and authorizes the release of such information to creditor or any party which may provide credit to applicant, whether herein or pursuant to a subsequent application or request to obtain from banks, credit bureaus and other creditors, all of which are hereby authorized to release any credit/financial information concerning applicant or such other person as such party may deem appropriate, and to share all such information with the other. I agreed to notify you of any material changes in the statements made in this application. I understand and agree that should credit be extended, payment of the account in full is due on or before the 10th day of each month following the month in which the charge occurs. Any amount unpaid after thirty days from the date the debt is incurred shall bear a late payment charge at the lesser of 1.25% per month, which is an annual percentage rate of 15%, or an amount not to exceed the highest rate permitted by law. I agree to submit to the jurisdiction of the courts of the State of Montana and agree that the proper venue for any action shall be Yellowstone County. I agree to pay all costs, including reasonable attorney fees, incurred by you for collection of this account. I understand that the fact that a late payment charge will be imposed does not authorize payment of this account to be made in installments or in any other manner than herein provided except that I may pay the account in full at any time.

DATE _____   Applicant X _____   Signature of Owner(s)/Principal(s) or authorized Officer(s)/Partner(s)

## PERSONAL GUARANTEE

In consideration of your giving credit to the aforesaid applicant, jointly and severally,

The undersigned, _____ (Name) _____ (Address) _____ to TRACTOR & EQUIPMENT CO., N C MACHINERY CO., MACHINERY POWER & EQUIPMENT CO., N C POWER SYSTEMS CO., severally guarantee(s) and agree(s) to pay to TRACTOR & EQUIPMENT CO., N C MACHINERY CO., MACHINERY POWER & EQUIPMENT CO., N C POWER SYSTEMS CO., Transport LLC OR ANY OF THEIR RELATED OR AFFILIATED COMPANIES all monies which shall become due you from Dual Trucking and _____ by reason of any credit you extended to credit you extend as herein requested, including late payment charges and all costs of collection and reasonable attorney's fee for recovery of the debt if it is due whether it is incurred by the debtor or guarantor or both. I (We) hereby waive any obligation upon you to make demand on the debtor and waive notice to make demand on the debtor and waive notice of default to me (us) and consent to any extensions and renewals of the debtor's obligations hereof without notice. I (We) authorize TRACTOR & EQUIPMENT CO., N C MACHINERY POWER & EQUIPMENT CO., N C POWER SYSTEMS CO., OR ANY OF THE RELATED OR AFFILIATED COMPANIES to release, at its sole option, and from time to time, any and all collateral given _____ by debtor without affecting the guarantee.

Dated this _____ day of _____ 20 ___

NOTICE: If your application for commercial credit is denied, you have the right to a written statement of the specific reasons for the denial. To obtain the statement, please contact _____ within sixty days from the date you are notified of our decision. We will send you a written statement of the reasons for the denial within thirty days of receiving your request for the statement. NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the FTC Regional Office for the region in which the creditor operates or the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

FORM 1517 (8/10/05) T&E

EXHIBIT C